**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---------------------------------------------------

| | |
|---|---|
| ALBERT LEE, JR. | : CASE NO.  1:10 CV 151 |
| | : |
| Plaintiff | : |
| | : |
| -vs- | : |
| | : |
| LEE LUCAS, et al | : ORDER SCHEDULING CASE |
| | : MANAGEMENT CONFERENCE |
| Defendants | : |

-----------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

   This case is subject to the provisions of Rule 16.1 of the Local Rules of the Northern District of Ohio entitled Differentiated Case Management (DCM).  Counsel shall familiarize themselves with the Local Rules as well as with the Federal Rules of Civil Procedure.  The Court will evaluate this case in accordance with LR 16.1 and assign it to one of the case management tracks described in LR 16.2(a).  Each of the tracks (expedited, standard, complex, mass tort and administrative) has its own set of guidelines and timelines governing discovery practice, motion practice, and trial. Discovery shall be guided by LR 26.1 and motion practice shall be guided by LR 7.1 et seq.

**SCHEDULING OF CASE MANAGEMENT CONFERENCE**

All counsel and/or parties will take notice that the above-entitled action has been set for a Case Management Conference ("CMC") on:

**Thursday, 20 December 2011**  at 10:30 a.m.

**NOTE LOCATION:**   **Chambers of Judge Lesley Wells**
**328 Metzenbaum United States Court House**
**201 Superior Avenue**
**Cleveland, Ohio 44114**

*LOCAL RULE 16.3(B) REQUIRES THE ATTENDANCE OF ALL PARTIES AND LEAD COUNSEL*.  "Parties" means either the named individuals or, in the case of a corporation or similar legal entity, that person who is most familiar with the facts of the case.  "Party" does not mean in-house counsel or someone who merely has settlement authority.  If the presence of a party will constitute an undue hardship, a written motion to excuse the presence of such person **must be filed no later than 14 calendar days before  the CMC.**

**ELECTRONIC FILING**

Beginning 1 July 2000, **all new civil cases** filed in the United States District Court for the Northern District of Ohio are placed in the Court's Case Management/Electronic Case Files (CM/ECF) system.  While it is not necessary that

documents be filed electronically to have them entered into the CM/ECF system, **electronic filing is strongly encouraged** by the Court.  Information on the CM/ECF system as well as attorney admission and electronic filing registration forms are available through the Clerk's Office and the Court's web page (http://www.ohnd.uscourts.gov).

### TRACK RECOMMENDATION

Pursuant to LR 16.3(a), and subject to further discussion at the CMC, the Court recommends the following track:

    ___ Expedited    _X_ Standard    ___ Administrative

    ___ Complex    ___ Mass Tort

    ___ Recommendation reserved for CMC.

### APPLICATION OF FED. R. CIV. P. 26(a)

Rule 26(a) of the Federal Rules of Civil Procedure mandates a series of required disclosures in lieu of discovery requests unless otherwise stipulated or directed by order or local rule.  All disclosures mandated by Rule 26(a) shall apply, including Initial Disclosures (Rule 26(a)(1)), Disclosure of Expert Testimony (Rule 26(a)(2)), and Pre-Trial Disclosures (Rule 26(a)(3)).

### PREPARATION FOR CMC BY COUNSEL

The general agenda for the CMC is set by LR 16.3(b).  Counsel for the plaintiff shall arrange with opposing counsel for the meeting of the parties as required by Fed.

R. Civ. P. 26(f) and LR 16.3(b).  **A report of this planning meeting shall be jointly signed and submitted to the Clerk for filing not less than 14 calendar days before the CMC**.  The report shall be in a form substantially similar to Attachment 1.

## CONSENT TO JURISDICTION OF MAGISTRATE JUDGE

Magistrate Judge William H. Baughman, Jr.  is also assigned to this case.  The parties are encouraged to consider together consenting to the jurisdiction of the Magistrate Judge.

## RESOLUTION PRIOR TO CMC

If this case is resolved prior to the CMC, counsel shall submit a stipulation or notice of dismissal under Rule 41 of the Federal Rules of Civil Procedure.  Counsel must indicate which party shall bear costs and whether the dismissal is with or without prejudice.  The stipulation of dismissal must be received by the Court prior to the CMC or the CMC will go forward as scheduled.

IT IS SO ORDERED.

   /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 30 November 2011

**ATTACHMENT 1**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

-------------------------------------------------------

| | | |
|---|---|---|
| ALBERT LEE, JR. | : | CASE NO. 1:10 CV 151 |
| Plaintiff | : | JUDGE LESLEY WELLS |
| -vs- | : | **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) and LR 16.3(b)** |
| LEE LUCAS, et al | : | |
| Defendants | : | |

-------------------------------------------------------

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b), a meeting was held on _____, and was attended by:

   _____, counsel for plaintiff(s) _____

   _____, counsel for plaintiff(s) _____

   _____, counsel for defendant(s) _____

   _____, counsel for defendant(s) _____.

2. The parties:

   ___ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

   ___ will exchange such disclosures by _____;

   ___ have not been required to make initial disclosures.

3. The parties recommend the following track:

   ___ Expedited     ___ Standard     ___ Complex

   ___ Administrative     ___ Mass Tort

4. This case:

    _____ is suitable for electronic filing.

    _____ is not suitable for electronic filing.

5. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

   \_\_ Early Neutral Evaluation       \_\_ Mediation

   \_\_ Summary Jury Trial              \_\_ Summary Bench Trial

   \_\_ Arbitration                      \_\_ Case not suitable for ADR

6. The parties:

    _____ do consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    _____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Recommended Discovery Plan:

   (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

_____

   (b) Recommended Discovery cut-off date: _____.

8. The parties:

    _____ expect to use expert witnesses in this case.

    _____ do not expect to use expert witnesses in this case.

9.  Recommended dispositive motion date: _____.

10.  Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: _____.

11.  Other matters for the attention of the Court:

_____

_____

_____

*Signatures:*

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| | |
| | |
| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
| | |
| | |

Revised June 2006